## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., <br><br> 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC., <br><br> Defendant. | C.A. No. 1:20-cv-00655-MN |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that all claims asserted by the Plaintiffs in the above-captioned action are hereby dismissed without prejudice, by agreement of the parties, pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs, expenses and attorneys' fees.

Dated: March 2, 2021

/s/ *Timothy Devlin*
Timothy Devlin (No. 4241)
DEVLIN LAW FIRM LLC
1526 Gilpin Ave.
Wilmington, DE 19806
Phone: (302) 449-9010
Fax: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiffs SISVEL
INTERNATIONAL S.A.
3G LICENSING S.A.*

/s/ *Jeremy A. Tigan*
Jeremy A. Tigan (#5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@mnat.com

*Of Counsel:*

Joseph E. Van Tassel
COOLEY LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190
(703) 456-8000

Michael Rhodes

-2-

        COOLEY LLP
        101 California Street
        5th Floor
        San Francisco, CA 94111-5800
        (415) 693-2000

        Adam M. Pivovar
        Samuel Whitt
        COOLEY LLP
        1299 Pennsylvania Avenue, NW
        Suite 700
        Washington, DC 20004
        (202) 842-7800

        Heidi L. Keefe
        COOLEY LLP
        3175 Hanover Street
        Palo Alto, CA 94304-1130
        (650) 843-5000

        *Attorneys for Defendant Tesla, Inc.*

**SO ORDERED THIS** \_\_\_\_ day of _____, 2021.

        _____
        UNITED STATES DISTRICT JUDGE